IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VELOCITY CAPITAL GROUP, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BA SECURITIES, LLC et al. | : | NO. 22-4527 |

ORDER

AND NOW, this 15th day of February, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Velocity Capital Group, LLC for summary judgment to enjoin Arbitration No. 22-01254 before the Financial Industry Regulatory Authority is DENIED;

(2) the motion of defendant Lloyd Brian Hannan to dismiss this action against him is GRANTED;

(3) the action including a ruling on the motion of defendants BA Securities, LLC and Agra Capital Advisors, LLC to dismiss is otherwise STAYED pending the outcome of the arbitration No. 22-01254 before the Financial Industry Regulatory Authority; and

(4) the parties shall notify the court upon completion of the arbitration.

BY THE COURT:

/s/ Harvey Bartle III
                    J.